UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EVGENI KOSOGLIAD,

                Plaintiff,

    -against-

C.O. BAKARE, et al.,

                Defendants.

------------------------------------- x

MEMORANDUM DECISION AND ORDER

13 Civ. 7167 (GBD)(DCF)

GEORGE B. DANIELS, United States District Judge:

    Pro se Plaintiff Evgeni Kosogliad commenced this action against Defendants Bakare, Canty, and Purvis, Department of Corrections officers at the Anna M. Kross Center, for violations of his civil rights under 42 U.S.C. § 1983. On March 10, 2014, Defendants moved to dismiss the complaint. On August 22, 2014 and September 16, 2014, Magistrate Judge Debra Freeman directed Plaintiff to respond to Defendants' motion, but Plaintiff failed to do so. On December 5, 2014, Magistrate Judge Freeman issued an order to show cause why she should not recommend dismissing this case without prejudice for failure to prosecute. In her Report and Recommendation issued on December 31, 2014, Magistrate Judge Freeman advises this Court that she has not received any written submission or other communication from Plaintiff, and recommends that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    The Court adopts the Report and Recommendation in its entirety. This case is dismissed without prejudice.[1]

---

[1] Magistrate Judge advised the parties that pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) failure to file objections to the Report within fourteen days would result in their waiver and preclude appellate review. See Report at 2. There were no objections filed.

The Clerk of Court is directed to close this case.

Dated: New York, New York
January 14, 2015

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge